Sophia Cope (*pro hac vice*)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333
Email: sophia@eff.org

*Attorney for Amicus Curiae*
*Electronic Frontier Foundation*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| N.M., a minor, by and through his father, Curtis Merrill, and his mother, Karalee Merrill, <br><br> Plaintiffs, <br><br> v. <br><br> Marana Unified School District; Caitlyn Kauffman, in her individual capacity; Kristin Reidy, in her individual capacity; Robin Meece, in her individual capacity; Joshua Bayne, in his individual capacity; and Daniel Streeter, in his individual capacity, <br><br> Defendants. | No. CV-25-00377-TUC-EJM <br><br> **REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICUS BRIEF OF ELECTRONIC FRONTIER FOUNDATION** <br><br> (Assigned to Hon. Eric J. Markovich) |

Proposed *amicus curiae* Electronic Frontier Foundation (EFF) responds to Defendants' Opposition to Motion for Leave to File *Amicus Curiae* Brief as follows:

1. The undersigned attorney affirms that a party's counsel did not author the proposed *amicus* brief in whole or in part. EFF, as a public interest organization, *never* submits *amicus* briefs that party counsel helped write.

2. The length of EFF's proposed *amicus* brief is consistent with Local Rules, which generally limit briefs to 17 pages. *See* LRCiv 7.2(e)(1).

1     EFF respectfully requests that the Court grant the motion for leave to file the

2   proposed *amicus* brief.

3

4   Dated: October 30, 2025                    Respectfully submitted,

5                                              /s/ *Sophia Cope*

6                                              Sophia Cope
                                               Electronic Frontier Foundation
7                                              815 Eddy Street
                                               San Francisco, CA 94109
8                                              Tel.: (415) 436-9333
                                               Email: sophia@eff.org
9

10                                             *Attorney for Amicus Curiae*
                                               *Electronic Frontier Foundation*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Certificate of Service**

2     I hereby certify that on the 30th day of October, 2025, a copy of the foregoing

3  document was filed electronically using the CM/ECF system. Notice of this filing will be

4  sent via the CM/ECT system to the following:

5

6  Aaron A. Baumann
Gregg P. Leslie

7  ASU Sandra Day O'Connor College of
Law

8  First Amendment Clinic - Public Interest
Law Firm

9  111 E Taylor St., Mail Code 8820

10  Phoenix, AZ 85004
480-884-2881

11  Email: Aaron.Baumann@asu.edu;
Gregg.Leslie@asu.edu

12  *Attorneys for Plaintiffs*

13

14  Lisa Anne Smith
Sesaly Ona Stamps

15  DeConcini McDonald Yetwin & Lacy PC
- Tucson

16  2525 E Broadway Blvd., Ste. 200

17  Tucson, AZ 85716-5300
520-322-5000

18  Fax: 520-322-5585

19  Email: lasmith@dmyl.com;
sstamps@dmyl.com

20  *Attorneys for Defendants*

21

22                                      /s/ *Sophia Cope*
Sophia Cope

23

24

25

26

27

28

- 3 -