**ASU Sandra Day O'Connor College of Law**
**First Amendment Clinic, Public Interest Law Firm**
Aaron A. Baumann, Bar No. 033754
Gregg P. Leslie, Bar No. 035040
111 E Taylor St, Mail Code 8820
Phoenix, AZ 85004
(480) 727-7398
Aaron.Baumann@asu.edu
Gregg.Leslie@asu.edu
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| N.M., a minor, by and through his father, Curtis Merrill, and his mother, Karalee Merrill,<br><br>*Plaintiff;*<br>v.<br><br>Marana Unified School District; Caitlyn Kauffman, in her individual capacity; Kristin Reidy, in her individual capacity; Robin Meece, in her individual capacity; Joshua Bayne, in his individual capacity; and Daniel Streeter, in his individual capacity;<br><br>*Defendants.* | No. CV-25-00377-TUC-EJM<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AARON A. BAUMANN FOR PLAINTIFFS** |

Pursuant to L.R. Civ. 83.3(b), Aaron A. Baumann submits his Notice of Withdrawal as counsel for the Plaintiffs in this case. No substitution of counsel is necessary because the Plaintiffs continues to be represented by other counsel of record at the ASU Sandra Day O'Connor College of Law First Amendment Clinic, Public Interest Law Firm whose name appears in the signature block below.

1

RESPECTFULLY SUBMITTED this 19th day of February, 2026.

**ASU Sandra Day O'Connor College of Law**
**First Amendment Clinic, Public Interest Law Firm**

By: /s/ Aaron Baumann
Aaron A. Baumann
Gregg P. Leslie
111 E Taylor St, Mail Code 8820
Phoenix, AZ 85004
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, a copy of the foregoing was filed electronically using the CM/ECF system. Notice of this filing will be sent via the CM/ECF system to the foregoing:

Lisa Anne Smith
Sesaly O. Stamps
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
lasmith@dmyl.com
sstamps@dmyl.com

Dated this 19th day of February, 2026.

/s/Aaron Baumann